

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2019

No. 04-19-00583-CV

**IN THE INTEREST OF I.J.S., ET AL., CHILDREN**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01574
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

On October 22, 2019, appellant filed her brief. Appellant's brief violates Texas Rule of Appellate Procedure 9.9 in that the appendix to the brief includes sensitive data, specifically the birth date of a person who was a minor when the underlying suit was filed, and such data has not been redacted. *See* TEX. R. APP. P. 9.9(a)(3).

We therefore **ORDER** that appellant's brief is **STRICKEN**. We further **ORDER** appellant to file an amended appellant's brief in compliance with Texas Rule of Appellate Procedure 9.9(a)(3) by or before **October 29, 2019.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk